IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARON CICCONE,<br>   Plaintiff<br><br>  v.<br><br>WALMART, INC. AND WAL-MART STORES EAST, LP,<br>   Defendants. | CIVIL ACTION<br><br>NO. 5:20-cv-06072-EGS<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41

Plaintiff, Sharon Ciccone, and Defendants, Walmart, Inc. and Wal-Mart Stores East, LP, (collectively referred to as "the Parties"), by and through the Parties' respective undersigned counsel, hereby stipulate and agree that the above-captioned matter should be hereby DISMISSED WITH PREJUDICE AND WITHOUT FEES OR COSTS pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii).

SO STIPULATED.

MANSOUR LAW, LLC

By: _/s/ William P. Mansour_
William P. Mansour, Esquire
*Attorneys for Plaintiff*

Dated: 05/17/2021

MCDONNELL & ASSOCIATES, P.C.

By: _/s/ Gwyneth R. Williams_
Gwyneth R. Williams, Esquire
*Attorneys for Defendants*

Dated: 5/17/21